## WILLIAM F. BURKE V. STATE

No. 32,927. February 8, 1961

*J. T. Maroney, Jr.,* Lufkin, for appellant.

*Leon Douglas,* State's Attorney, Austin, for the state.

DICE, Judge

Upon a plea of guilty before the court without a jury, appellant was convicted of the offense of driving while intoxicated and his punishment assessed at 3 days in jail and a fine of $50.

No statement of facts of any evidence adduced upon the trial accompanies the record.

Appellant predicates his appeal upon the sole contention that there is a fatal variance between the complaint and information because in the complaint appellant's name is alleged to be "William *F.* Burke" and in the information the name in alleged to be "William *G.* Burke."

The contention is without merit as a middle initial may be

540

rejected as surplusage. 1 Branch's Ann. P.C., 2nd ed., page 469, sec. 482; Hill v. State, 103 Tex. Cr. R. 580, 281 S.W. 1071; and Lott v. State, 164 Tex. Cr. R. 395, 299 S.W. 2d 145.

The judgment is affirmed.

Opinion approved by the Court.